Submitted December 11, 1968.
*Leonides A. Allen,* for appellant; *James D. Crawford,*
Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Judgments of sentence affirmed.

## Commonwealth *v.* Thompson, Appellant.

Before HIMES, P. J., without a jury.

Argued December 12, 1968. *William J. Myers,* for appellant; *Newton C. Taylor,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth *v.* Thompson, Appellant.

Before SMITH, JR., J.

Submitted December 9, 1968. *Frank Wright* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Paul R. Michel* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Order affirmed.

## Commonwealth *v.* Tinsley, Appellant.

Before GAWTHROP, P. J.

Submitted De-